# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARGARET SMITH,

    Plaintiff,

vs.

CARDENAS MARKETS, LLC DBA CARDENAS, A FOREIGN LIMITED LIABILITY; LAMANZA, LLC, A DOMESTIC LIMITED LIABILITY COMPANY; DOE MANAGER, INDIVIDUALLY, DOES I-X; AND ROE CORPORATIONS I-X, INCLUSIVE,

    Defendants.

2:20-cv-00004-GMN-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Withdraw as Counsel (ECF No. 16). Defendants have filed a Notice of Non-Opposition to Motion to Withdraw. (ECF No. 17).

Lawrence M. Ruiz, Esq., Amanda L. Laub, Esq., and the Ruiz Law Firm seek leave of court to withdraw as counsel of record for Plaintiff Margaret Smith. (ECF No. 16). Counsel state that they and Ms. Smith have "reached a substantial impasse and it is no longer feasible for the firm to represent Plaintiff's interest." *Id.*

The Motion to Remand (ECF No. 8) is pending but there is no pending hearing in this matter. Discovery ends on July 2, 2020 and trial date has not been set.

**Discussion:**

Pursuant to Local Rule IA 11-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." "Except for good cause shown, no withdrawal or substitution shall be approved if delay of discovery, the trial or any hearing in the case would result." LR IA 11-6(e). Nevada Rule of Professional Conduct 1.16(b)(5) provides that a lawyer may withdraw if the "client fails substantially to fulfill an obligation to the lawyer

regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Here, based on Plaintiff's counsel's representation that substantial impasse has been reached between counsel and Plaintiff, the Court permits counsel to withdraw. LR IA 11-6(b); NRPC 1.16(b)(5). The Court finds that permitting counsel to withdraw would not result in delay. LR IA 11-6(e).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Withdraw as Counsel (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that Lawrence M. Ruiz, Esq., Amanda L. Laub, Esq. must mail a copy of this order to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff must either retain counsel or file a notice of appearing *pro se* on or before April 24, 2020.

IT IS FURTHER ORDERED that Plaintiff must file with the Court written notification of any change of address.

The Clerk of Court is directed update Plaintiff's contact information on the docket and mail a copy of this order to Plaintiff at the following address:

Margaret Smith
300 Promenade Cove
Las Vegas, Nevada 89107
Telephone: 702-339-2555

DATED this 24th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE